NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

THOMAS RASK,                        )
                                    )
        Appellant,                  )
                                    )
v.                                  )        Case No. 2D18-2463
                                    )
BOB GUALTIERI, in his official capacity )
as SHERIFF OF PINELLAS COUNTY,      )
                                    )
        Appellee.                   )
_____)

Opinion filed March 6, 2019.

Appeal from the Circuit Court for Pinellas
County; Cynthia J. Newton, Judge.

Paul M. Crochet and Timothy W. Weber
of Weber, Crabb & Wein, P.A. St.
Petersburg, for Appellant.

Della Connolly Cope, Senior Associate
Counsel, Pinellas County Sheriff's Office,
Largo; and Nicole E. Durkin, Senior
Associate Counsel, Pinellas County
Sheriff's Office, Largo (substituted as
counsel of record), for Appellee.


PER CURIAM.


        Affirmed.


CASANUEVA, KHOUZAM, and LUCAS, JJ., Concur.